**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Damine CHARLES, Defendant– Appellant.**

**No. 06–20242 Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

May 16, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Gerardo S. Montalvo, Montalvo Law Firm, Houston, TX, for Defendant–Appellant.

---

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Damine Charles has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Charles was notified of counsel's motion, but he has not filed a response.

Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.